882

No. 380. COVEY *v.* TOWN OF SOMERS. Appeal from the Court of Appeals of New York. Probable jurisdiction noted. *Adolph I. King, Samuel M. Sprafkin* and *Mandel Matthew Einhorn* for appellant. *Otto E. Koegel* for appellee.

No. 282. SCHULZ, ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD Co. C. A. 2d Cir. Certiorari granted. *Nathan Baker* for petitioner. *Joseph P. Allen* for respondent.

No. 383. GENERAL BOX Co. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Fred G. Benton* and *Edward Donald Moseley* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *S. Billingsley Hill* for the United States.

No. 329. HEASLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Peyton Ford* and *Alan Y. Cole* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 354. HOUSING AUTHORITY OF THE CITY OF MILWAUKEE ET AL. *v.* LAWSON ET UX. Supreme Court of Wisconsin. Certiorari denied. *Walter J. Mattison* for petitioners. *Osmond K. Fraenkel* and *Paul L. Ross* for respondents.